**Order entered April 1, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01319-CR**
**No. 05-19-01320-CR**

**XAVIOR DEVON COLLIER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-58981-X & F18-58982-X**

**ORDER**

Before the court is appellant's March 30, 2020 pro se written objection to the copy of the appellate record provided by counsel for preparation of his pro se response to counsel's *Anders* brief. Appellant contends he should not have to file his pro se response at this time because counsel has not provided him with a copy of the clerk's record in cause no. 05-19-01319-CR.

By order entered March 17, 2020, the court granted appellant an extension until May 1, 2020 to file his pro se response and ordered counsel to determine whether appellant has received a complete copy of the clerk's record in cause number 05-19-01319-CR, to send him any omitted portions, and to file a letter describing what actions she has taken to investigate and resolve, if necessary, appellant's complaint regarding omissions in the clerk's record.

Because the court has already granted appellant relief, we **DENY AS MOOT** appellant's current objection to the appellate record.

We **DIRECT** the Clerk of the Court to transmit a copy of this order to appellate counsel Sharita Blacknall and to counsel for the State. We **FURTHER DIRECT** the Clerk of the Court to mail a copy of this order to Xavior Devon Collier; TDCJ# 02280105; Gist Unit; 3295 FM 3514; Beaumont, Texas 77705.

/s/    CORY L. CARLYLE
JUSTICE